UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JACQUELYN EMM; SERGIO BROOKS,<br><br>       Plaintiffs,<br><br>-against-<br><br>TRAMZ HOTEL GROUP, LLC; GRAPNEL LLC; TARANNUM MURAD IRREVOCABLE TRUST I,<br><br>       Defendants. | 25cv5768 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the September 8, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated: September 10, 2025
    New York, New York

                /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
                Chief United States District Judge